## OUTLINE OF QUESTIONS

### PROPOSED TO BE ASKED
### AT REQUESTED DEPOSITIONS
### OF RAISA LUKIN AND TONY LUKIN

1. Are you aware of any Swiss account(s) that Eugene Lukin aka Ivanov established and/or had under his control, if so, disclose the account No. or Nos. and the bank(s)?

2. Did Eugene Lukin tell you about the Swiss account(s) under his control?

3. Have you been to Switzerland, if so, when and for what purpose?

4. Are you aware of any account(s) outside of the US, but other than in Switzerland, that Eugene Lukin, aka Ivanov established and/or had under his control, if so, disclose the account No. or Nos. and the bank(s)?

5. What did Eugene Lukin aka Ivanov tell you about his alleged accumulating assets during the World War Two?

6. Explain your correspondence with the Petitioner concerning the possibility of the inheritance assets?