## VERIFICATION

I, LudmilaAlekseevnaTsymbal, declare under the penalties of perjury under the laws of the United States that the foregoing Petition is true and correct.

Date: May, 03, 2011

_____
Ludmila Alekseevna Tsymbal

Address: 19 Repischeva Street, Korpus 3, Apt. 112, St. Petersburg, Russia.

Положения данной петиции Людмиле Алексеевне Цымбал мною разъяснены и понятны, подпись Людмилы Алексеевны Цымбал, поставленную в моем присутствии, заверяю:

_____

Заведующий Петродворцовым филиалом

Международной коллегии адвокатов «Санкт-Петербург».

С.А. Иванов

М.П.

03 мая 2011 года.