Translation

(Certification by Russian attorney)


I personally explained the contents of the present Petition are explained to Ludmila Alexeevna Tsymbal, who affixed her signature to the Petition in my presence.

Signature

Sergey Aleksandrovich Ivanov (attorney)

Head of the Petrodvorets affiliate of the International Bar Association St. Petersburg

S.A. Ivanov

Seal of the International Bar Association St. Petersburg

May 3, 2011


Certification of translation

I, Roman A. Plymovaty, certify that I am a U.S. citizen, that I am competent to translate from Russian into English and that the foregoing is a true and correct translation.

Date: May 3, 2011                    /s/    Roman Plyamovaty