UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Trenton Venue)

**LAW OFFICE OF ROXANNE E. JAYNE, LLC**
Roxanne E. Jayne, Esq.
15 Richey Place
Trenton, New Jersey 08618
Telephone: (609) 462-1021
Facsimile: (609) 482-4171
Attorney for Petitioner, Ludmila A. Tsymbal

|  |  |
|---|---|
| IN RE:<br>PETITION OF LUDMILA A. TSYMBAL<br><br>UNDER FEDERAL RULE OF CIVIL PROCEDURE 27(a) | CIVIL ACTION No.<br><br>NOTICE<br><br>OF HEARING ON PETITION |

**NOTICE OF HEARING
ON PETITION OF LUDMILA A. TSYMBAL**

TO: RESPONDENT RAISA LUKIN, residing at 63 Andrew Street, Trenton, N.J., 08610 and/or 24 Great Andrew Street, Trenton, New Jersey, 08610.

The Petition of Ludmila A. Tsymbal has been filed at the U.S. District Court for the District of New Jersey (Trenton venue).

You are Respondent in said Petition filed pursuant to Federal Rule of Civil Procedure 27(a) which is enclosed and served on you, along with the proposed Orders.

The Petition will be heard at 9:00 A.M. on June 20, 2011, at the U.S. District Court for the District of New Jersey (Trenton venue), at the address: 402 East State Street, Room 2020, Trenton, NJ 08608.

You are herewith notified that you have the right to appear at that hearing on the above Petition at 9:00 A.M. on June 20, 2011, and/or at such other time and day that the Court may otherwise order in this matter, including your right to be represented by an attorney.

*/s/ Roxanne E. Jayne*
Roxanne E. Jayne
rjaynelaw@gmail.com
NJ State Bar Number 41124
DNJ Bar RJ4720
**LAW OFFICE OF ROXANNE E. JAYNE, LLC**
Trenton, New Jersey 08618
Telephone: (609) 462-1021
Attorney for Petitioner, Ludmila A. Tsymbal

Dated: May 25, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Trenton Venue)

**LAW OFFICE OF ROXANNE E. JAYNE, LLC**
Roxanne E. Jayne, Esq.
15 Richey Place
Trenton, New Jersey 08618
Telephone: (609) 462-1021
Facsimile: (609) 482-4171
Attorney for Petitioner, Ludmila A. Tsymbal

| | |
|---|---|
| IN RE:<br>PETITION OF LUDMILA A. TSYMBAL<br><br>UNDER FEDERAL RULE OF CIVIL PROCEDURE 27(a) | CIVIL ACTION No.<br><br>NOTICE<br><br>OF HEARING ON PETITION |

**NOTICE OF HEARING
ON PETITION OF LUDMILA A. TSYMBAL**

TO: RESPONDENT TONY LUKIN, residing at 63 Andrew Street, Trenton, N.J., 08610 and/or 24 Great Andrew Street, Trenton, New Jersey, 08610.

The Petition of Ludmila A. Tsymbal has been filed at the U.S. District Court for the District of New Jersey (Trenton venue).

You are Respondent in said Petition filed pursuant to Federal Rule of Civil Procedure 27(a) which is enclosed and served on you herewith, along with the proposed Orders.

The Petition will be heard at 9:00 A.M. on June 20, 2011, at the U.S. District Court for the District of New Jersey (Trenton venue), at the address: 402 East State Street, Room 2020, Trenton, NJ 08608.

You are herewith notified that you have the right to appear at that hearing on the above Petition at 9:00 A.M. on June 20, 2011, and/or at such other time and day that the Court may otherwise order in this matter, including your right to be represented by an attorney.

                                                                           /s/ Roxanne Jayne
                                                              Roxanne E. Jayne
                                                              rjaynelaw@gmail.com
                                                              NJ State Bar Number 41124
                                                              DNJ Bar RJ4720
                                                              **LAW OFFICE OF ROXANNE E. JAYNE, LLC**
                                                              Trenton, New Jersey 08618
                                                              Telephone: (609) 462-1021
                                                              Attorney for Petitioner, Ludmila A. Tsymbal

Dated: May 25, 2011