UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Trenton Venue)

**LAW OFFICE OF ROXANNE E. JAYNE, LLC**
Roxanne E. Jayne, Esq.
15 Richey Place
Trenton, New Jersey 08618
Telephone: (609) 462-1021
Facsimile: (609) 482-4171
Attorney for Petitioner, Ludmila A. Tsymbal

|  |  |
|---|---|
| **IN RE:**<br>**PETITION OF LUDMILA A. TSYMBAL**<br><br>UNDER FEDERAL RULE OF CIVIL PROCEDURE 27(a) | CIVIL ACTION No.<br><br>**ORDER GRANTING PETITION** |

## ORDER GRANTING PETITION OF LUDMILA A. TSYMBAL

The Petition of Ludmila A. Tsymbal, having come before the undersigned, and for good cause shown;

**IT IS** on this          day of                        , 2011;

**ORDERED** that said petitioner may serve within 30 days after this Order the Notices of depositions of respondents Raisa Lukin and Tony Lukin, residents of Trenton, New Jersey, and said respondents shall attend such noticed depositions and shall be deposed by counsel for Petitioner pursuant to Rules 27(a) and 30 of the Federal Rules of Civil Procedure.

This Court shall retain jurisdiction over the subject matter until the completion of the

above referenced depositions.

_____

Dated: