UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>PETITION OF LUDMILA A.<br>TSYMBAL | Civil Action No.: 11-3054 (FLW)<br><br>**ORDER ADOPTING<br>REPORT & RECOMMENDATION** |

This matter is before the Court upon a Petition by Petitioner Ludmila A. Tysmbal ("Petitioner") to allow the depositions of Raisa Lukin and Tony Lukin ("Respondents") pursuant to Federal Rule of Civil Procedure 27; it appearing that this matter was referred to the Honorable Douglas E. Arpert, U.S.M.J. for a Report and Recommendation pursuant to Rule 72 and Local Civil Rule 72.1; and Magistrate Judge Arpert having considered the moving and opposition papers pursuant to Rule 78; and for the reasons stated in his Report and Recommendation, finding that Petitioner has failed to satisfy the elements of Rule 27; it further appearing that Petitioner timely objected to Magistrate Judge Arpert's Report and Recommendation; the Court has reviewed the objection and opposition thereto filed pursuant to Rule 78; accordingly, for the reasons stated in the Opinion filed on this date; and for good cause shown:

It is on this 16th day of July, 2012,

**ORDERED** that the Court approves and adopts the December 9, 2011, Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J.;

**ORDERED** that Petitioner's Petition (Dkt. Nos. 1 and 8) is **DENIED**; and

**ORDERED** that this case is **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.